In re Schoeller-Bleckmann GmbH.; — Defendants); applying for supervisory and/or remedial writ; Parish of Calcasieu, 14th Judicial District Court, Div. “B”, No. 93-1341; to the Court of Appeal, Third Circuit, No. CW95-1216.
Granted. Ruling of the court of appeal is vacated and set aside. Judgment of the trial court granting relator’s motion for partial summary judgment and dismissing the punitive damage claims against it under La.Civ. Code art. 2315.3 is reinstated. La.Code Civ.P. arts. 1915 A(3) and 966 A. See Gior-dano v. Rheem Manufacturing Co., 96-0739, 96-0758 (La. 4/8/96), 671 So.2d 929; Chustz v. J.B. Hunt Transport, Inc., 95-0356 (La. 11/6/95), 662 So.2d 450.
CALOGERO, C.J., and LEMMON, J., would grant and docket.